Name: Christopher-michael ; ripple

Mailing address: In Care OF: Postal Box 82923
Fairbanks Alaska, without U.S.

Telephone: 907-687-1382

RECEIVED
MAY 07 2019
Clerk, U.S. District Court
Fairbanks, AK

# on IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

*For ease of filing only*

Christopher-michael ; ripple
(Full name of plaintiff in this action)
~~Plaintiff,~~ – MAN, aggrieved

vs.

Michael A MacDonald

(Full names of ALL ~~defendant(s)~~ in this action.
Do NOT use *et al.*)
MAN, offender
~~Defendant(s).~~

Case No. _____
(To be supplied by the Court)

Sui Juris
~~PRO SE COMPLAINT~~ Claim
for/under

_____
(Type of complaint)

## A. Jurisdiction

Jurisdiction in the United States District Court for the District of Alaska is invoked under:

American Common Law ; Alaska Public Law 85-508

PS22

**B. Parties**

1. The ~~Plaintiff~~ Man, Aggrieved is _christopher-michael ; ripple_, who presently
   (Print Name)
   ~~resides at~~ on _Alaska ; T.2N., R.2W., F.M. ; NAC 2MWCG TSXWV_
   ~~(Address)~~ Meets & Bounds

2. ~~Defendants:~~ Wrongdoer, man offender ; man
   ~~Defendant~~ No. 1, _Michael A MacDonald_, is a
   (Name)
   citizen of _Fairbanks Alaska_, who works as a
   (City/State)
   _Court Administrator_ for _ALASKA COURT SYSTEM_.
   (Job Title, if applicable)       (Employer/agency, if applicable)

   Defendant No. 2, _N/A_, is a
   (Name)
   citizen of _____, who works as a
   (City/State)
   _____ for _____.
   (Job Title, if applicable)       (Employer/agency, if applicable)

   Defendant No. 3, _N/A_, is a
   (Name)
   citizen of _____, who works as a
   (City/State)
   (City and State)
   _____ for _____.
   (Job Title, if applicable)       (Employer/agency, if applicable)

   Defendant No. 4, _N/A_, is a
   (Name)
   citizen of _____, who works as a
   (City/State)
   _____ for _____.
   (Job Title, if applicable)       (Employer/agency, if applicable)

   Defendant No. 5, _N/A_, is a
   (Name)
   citizen of _____, who works as a
   (City/State)
   _____ for _____.
   (Job Title, if applicable)       (Employer/agency, if applicable)

**C. Causes of Action** (Briefly describe the **facts** you consider important to each claim. State what happened **clearly** and **briefly**, in your **own words**. DO NOT cite legal authority or argument. Be certain to describe exactly what each ~~defendant~~ offender, **by name**, did to support each claim for relief.)

Claim 1: On or about "April 25, 2019", Exhibits
               (Date or Period of Time)             (Supporting facts)

The man who sometimes acts as a Court Administrator exceeded his public office by authoring a writ to deprive i, man, of my patented Land and private property without Due Process of Law. Michael & MacDonald has committed Un-Lawful conversion against i, man, with copyrighted name in all forms and styles; prima facia evidence are the mailings to i, man. Land is held under Private Indemnity Bond AMR100001 Registered Acct # RA393427640US. This represents serious human rights abuse and corruption outlined by Donald J Trump.

Claim 2: On or about "April 25 2019", Exhibits
 (Date or Period of Time)          (Supporting facts)

i, man, followed the process from the BLM instrument examiner for the process of filing the Allodial Patent by correcting my deed, accepting my patents, proven chain of custody and placed on the public record; while posting in the appropriate fashion in good faith.

Claim 3: On or about "April 25 2019", Exhibits
                   (Date or Period of Time)          (Supporting facts)

i, man, acting from good faith under the Laws of my Heavenly Father in all my dealings; expected the same from Michael A MacDonald, to operate in good faith, with clean hands, without predjudice and he failed to deliver.

COMPLAINT
Claim

## D. Request for Relief

Plaintiff requests that this court grant the following relief:

1. Damages in the amount of $ _____

2. Punitive damages in the amount of $ _Calculated at finality of Claim_

3. An order requiring ~~defendant(s)~~ *offender* to _Injunction: to stop writ of assistance_ ◆

4. A declaration that ① _A man can own Land in Allodium._
② _That the processes as outlined by BLM Legal Instruments Examiner, Lisa Hedman, are recognized as true and correct._

5. Other: _____

Plaintiff demands a trial by ~~American Grand Jury~~ _American Common Law_ ~~Court~~. (Choose one)
_Court-of-record, Trial-by-jury — See attached characteristics. Exhibit "A"_

## DECLARATION UNDER PENALTY OF PERJURY

The ~~undersigned~~ *Autograph* declares under penalty of ~~perjury~~ that s/he is the *Aggrieved* ~~plaintiff~~ in the above action, that s/he has read the above ~~complaint~~ and that the information contained in the ~~complaint~~ *Claim* is true and correct. *Claim*

*C_____t_____*

~~Plaintiff's~~ *Aggrieveds* ~~Original Signature~~ _Autograph_

_Christopher-michael; ripple_
(~~Plaintiff's~~ *Aggrieveds* Full Name)

Executed at _U.S. Dist Court @ Fairbanks_ on _____
(Location)                                              (Date)

# Document Orientation

| | |
|---|---|
| Civil Cover Sheet | pg 1 |
| Claim | pg 2-4 |
| Document Orientation | pg 5 |
| Exhibit A – Charachteristics of Court of Record | pg 6 |
| Exhibit B – Official Decloration of Political Status | pg 7-9 |
| Exhibit C – Notice of Emancipation | pg 10-11 |
| Exhibit D – BLM Allodial Forms | pg 12 |
| Exhibit E – Allodial Patent | pg 13-24 |
| Exhibit F – Claim of Life Estate | pg 25 |
| Exhibit G – Record of Names Affidavit | pg 26-27 |
| Exhibit H – Acknowledgement, Acceptance of Deed... | pg 28 |
| Exhibit I – Cert. of Assumed Name, Notice of Transfer... | pg 29-30 |
| Exhibit J – Grant and Deed of Trust | pg 31 |
| Exhibit K – Act of Expatriation and Oath of Allegiance | pg 32 |
| Exhibit L – "Case 4FA-18-03131CI" Cover Sheet | pg 33 |
| Exhibit M – Declaration of Service | pg 34 |
| Exhibit N – Notice: Appearance | pg 35 |
| Exhibit O – Notice: Un-Lawful Conversion | pg 36 |
| Exhibit P – Mandatory Notice: FSIA | pg 37 |
| Exhibit Q – Michael J Dunleavy: Acceptance Oath | pg 38 |
| Exhibit R – Notice: Jurisdiction | pg 39 |
| Exhibit S – Order | pg 40 |
| Exhibit T – "Case 4FA-18-03131CI" Notes | pg 41-50 |
| Exhibit U – "Case 4FA-18-03131CI" Decision | pg 51-54 |
| Exhibit V – Writ of Assistance | pg 55 |
| Exhibit W – Judgement For Possession | pg 56 |